**Clair EVERS, Appellant,**

v.

**Bass POWELL, Appellee.**

**No. 21849.**

United States Court of Appeals
Fifth Circuit.

March 12, 1965.

Howard S. Hoover, Houston, Tex.,
Murfee & Hoover, Houston, Tex., of
counsel, for appellant.

Walter E. Workman, Houston, Tex.,
Baker, Botts, Shepherd & Coates, Houston, Tex., of counsel, for appellee.

Before TUTTLE, Chief Judge, and
BROWN and FRIENDLY,* Circuit
Judges.

PER CURIAM:

We have carefully considered the
grounds for appeal asserted by the appellant, but we have no doubt of the
correctness of the judgment of the trial
court determining that the complaint in
this case was barred by the Texas statute of limitations. The judgment is affirmed on the opinion of the trial court,
D.C., 238 F.Supp. 787.

---

**UNITED STATES of America,
Appellant,**

v.

**William D. PEDERSEN, Appellee.**

**No. 19405.**

United States Court of Appeals
Ninth Circuit.

March 5, 1965.
Rehearing Denied April 9, 1965.

John W. Douglas, Asst. Atty. Gen.,
Morton Hollander, Max Wild, Attorneys,
Dept. of Justice, Washington, D. C.,
Francis C. Whelan, U. S. Atty., Los
Angeles, Cal., for appellant.

Robert W. Fraser, Santa Ana, Cal.,
for appellee.

Before CHAMBERS, BARNES and
MERRILL, Circuit Judges.

PER CURIAM:

Reversed and remanded for a new trial
which will permit each side to offer the
evidence it believes should be considered
by the trial court.

* Of the Second Circuit, sitting by designation.